JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
**JASSY VICK CAROLAN LLP**
6605 Hollywood Boulevard, Suite 100
Los Angeles, California 90028
Telephone:  310-870-7048
Facsimile:   310-870-7010

Colby C. Vokey (*pro hac vice* forthcoming)
LtCol USMC (Ret.)
  vokeylaw@colbyvokey.com
6924 Spanky Branch Court
Dallas, Texas 75248
Telephone: 214-697-0274
Facsimile:  214-594-9034

Attorneys for Plaintiffs
MARK BOAL and FLAKJACKET LLC
d/b/a PAGE 1

TERRY M. HENRY
Assistant Branch Director
JULIA A. BERMAN, Cal. Bar No. 241415
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., # 5102
Washington, D.C.  20530
Direct Dial: (202) 616-8480
Fax: (202) 307-0442
julia.berman@usdoj.gov

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
MARSHA M. YASUDA (Cal. Bar No. 238509)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-6702/Fax: (213) 894-7819
E-mail: Marsha.Yasuda@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA,

**JOINT STATUS REPORT RE MAGISTRATE**

BARACK OBAMA, ASHTON B. CARTER, ERIC FANNING, ROBERT B. ABRAMS, JUSTIN OSHANA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK BOAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 2:16-CV-05407-GHK-GJS<br><br>Assigned to the Hon. George H. King<br><br>**JOINT STATUS REPORT RE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |

In response to the Court's Minute Order of September 12, 2016, Dkt. No. 31, Plaintiffs Mark Boal and Flakjacket LLC d/b/a Page 1 (collectively, "Plaintiffs") and Defendants United States of America, President Barack Obama, Secretary Ashton B. Carter, Secretary Eric Fanning, General Robert B. Abrams and Major Justin Oshana (collectively, "Defendants"), by and through their respective counsel, state that they are amenable to a settlement conference before a Magistrate Judge.

The parties reserve all rights and positions, including without limitation, Plaintiffs' position that they are continuing to suffer irreparable harm from the threat of a subpoena.

Dated:  September 13, 2016	JASSY VICK CAROLAN LLP

　　　　　　　　　　　　　　　By _____/s/ Jean-Paul Jassy_____
　　　　　　　　　　　　　　　JEAN-PAUL JASSY

　　　　　　　　　　　　　　Counsel for Plaintiffs
　　　　　　　　　　　　　　MARK BOAL and FLAKJACKET LLC d/b/a PAGE 1

Dated: September 13, 2016

FEDERAL PROGRAMS BRANCH
TERRY M. HENRY
Assistant Branch Director

   /s/  Julia A. Berman
JULIA A. BERMAN
Assistant United States Attorney

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

   /s/  Marsha M. Yasuda
MARSHA M. YASUDA
Assistant United States Attorney

Attorneys for Federal Defendants
United States of America, Barack Obama, Ashton B. Carter, Eric Fanning, Robert B. Abrams, and Justin Oshana