JEAN-PAUL JASSY, Cal. Bar No. 205513
jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
kvick@jassyvick.com
**JASSY VICK CAROLAN LLP**
6605 Hollywood Boulevard, Suite 100
Los Angeles, California 90028
Telephone: 310-870-7048
Facsimile: 310-870-7010

Colby C. Vokey (*pro hac vice* forthcoming)
LtCol USMC (Ret.)
vokeylaw@colbyvokey.com
6924 Spanky Branch Court
Dallas, Texas 75248
Telephone: 214-697-0274
Facsimile: 214-594-9034

Attorneys for Plaintiffs
MARK BOAL and FLAKJACKET LLC
d/b/a PAGE 1

TERRY M. HENRY
Assistant Branch Director
JULIA A. BERMAN, Cal. Bar No. 241415

Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., # 5102
Washington, D.C. 20530
Direct Dial: (202) 616-8480
Fax: (202) 307-0442
julia.berman@usdoj.gov

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
MARSHA M. YASUDA (Cal. Bar No. 238509)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6702/Fax: (213) 894-7819
E-mail: Marsha.Yasuda@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA,

BARACK OBAMA, ASHTON B. CARTER, ERIC FANNING, ROBERT B. ABRAMS, JUSTIN OSHANA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| MARK BOAL, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No.: 2:16-CV-05407-GHK-GJS<br>Assigned to the Hon. George H. King<br>**JOINT STIPULATION FOR DISMISSAL** |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 13, 2016 JASSY VICK CAROLAN LLP

By _____/s/ Jean-Paul Jassy _________
JEAN-PAUL JASSY

Counsel for Plaintiffs
MARK BOAL and FLAKJACKET LLC d/b/a PAGE 1

Dated: December 13, 2016

FEDERAL PROGRAMS BRANCH
TERRY M. HENRY
Assistant Branch Director

/s/ Julia A. Berman
JULIA A. BERMAN
Assistant United States Attorney

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ Marsha M. Yasuda
MARSHA M. YASUDA
Assistant United States Attorney

Attorneys for Federal Defendants
United States of America, Barack Obama, Ashton B. Carter, Eric Fanning, Robert B. Abrams, and Justin Oshana